| | |
|---|---|
| 1 | KEITH D. CABLE (State Bar No. 170055) |
| | **CABLE GALLAGHER** |
| 2 | 101 Parkshore Drive, Suite 100 |
| | Folsom, CA 95630 |
| 3 | Telephone:   (916) 608-7995 |
| | Facsimile:    (916) 608-7986 |
| 4 | Email: cablelaw@yahoo.com |
| 5 | Attorneys for Defendants |
| 6 | TRIPLE CROWN AUTO SALES, INC., |
| | TRIPLE CROWN AUTO SALES, ROBERT |
| 7 | D. BONE and LISA M. BONE, both |
| | individually and as Co-Trustees of the Bone |
| 8 | Family Revocable Trust of 2000, dated June |
| | 6, 2000 |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | | |
|---|---|---|
| SCOTT N. JOHNSON, | | CASE NO.  2:10-CV-00098-GEB-DAD |
| Plaintiff, | | |
| v. | | **STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| TRIPLE CROWN AUTO SALES, INC., INDIVIDUALLY AND D/B/A TRIPLE CROWN AUTO SALES; ROBERT D. BONE, INDIVIDUALLY AND D/B/A TRIPLE CROWN AUTO SALES, INDIVIDUALLY AND AS CO-TRUSTEE OF BONE FAMILY REVOCABLE TRUST OF 2000, DATED JUNE 6, 2000; JAMO NURSERY, INC., A CALIFORNIA CORPORATION; WILLIAM J. NORRIS; PHYLLIS D. NORRIS; LR ROY N. WILHITE; ROBIN C. WILHITE; LISA D. BONE, INDIVIDUALLY AND AS CO-TRUSTEE OF BONE FAMILY REVOCABLE TRUST OF 2000, DATED JUNE 6, 2000, | | |
| Defendants. | | |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties that Defendants' deadline to answer or otherwise respond to the Complaint is extended to March 15, 2010.

DATED: February 22, 2010

CABLE GALLAGHER

By: /s/ Keith D. Cable
        Keith D. Cable

Attorneys for Defendants

DATED: February 22, 2010

By: /s/ Scott N. Johnson
        Scott N. Johnson

Plaintiff, in pro per

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>TRIPLE CROWN AUTO SALES, INC., INDIVIDUALLY AND D/B/A TRIPLE CROWN AUTO SALES; ROBERT D. BONE, INDIVIDUALLY AND D/B/A TRIPLE CROWN AUTO SALES, INDIVIDUALLY AND AS CO-TRUSTEE OF BONE FAMILY REVOCABLE TRUST OF 2000, DATED JUNE 6, 2000; JAMO NURSERY, INC., A CALIFORNIA CORPORATION; WILLIAM J. NORRIS; PHYLLIS D. NORRIS; LR ROY N. WILHITE; ROBIN C. WILHITE; LISA D. BONE, INDIVIDUALLY AND AS CO-TRUSTEE OF BONE FAMILY REVOCABLE TRUST OF 2000, DATED JUNE 6, 2000,<br><br>        Defendants. | CASE NO. 2:10-CV-00098-GEB-DAD<br><br>**ORDER EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

## **ORDER**

PURSUANT TO STIPULATION, Defendant's deadline to answer or otherwise respond to the Complaint is extended to March 15, 2010.

IT IS SO ORDERED.
2/26/10

_____
GARLAND E. BURRELL, JR.
United States District Judge