IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,                    )
                                     )    2:10-cv-00098-GEB-DAD
              Plaintiff,             )
                                     )
         v.                          )    ORDER OF DISMISSAL
                                     )
Triple Crown Auto Sales, Inc.,       )
Individually and d/b/a Triple        )
Crown Auto Sales; Robert D.          )
Bone, Individually and d/b/a         )
Triple Crown Auto Sales,             )
Individually and as Co-Trustee       )
of Bone Family Revocable Trust       )
of 2000, dated June 6, 2000;         )
Lisa M. Bone, Individually and       )
as Co-Trustee of Bone Family         )
Revocable Trust of 2000, dated       )
June 6, 2000,                        )
                                     )
              Defendants.            )
_____      )

        Defendants filed a "Notice of Settlement" on February 25,
2011, in which they state, "this matter has settled[, and] . . . [t]he
settling parties anticipate having the dispositional documents on file
with the Court within twenty (20) calendar days." (ECF No. 21.)
Therefore, an "Order Re Settlement and Disposition" was filed on March
1, 2011, which directed the parties to file a dispositional document no
later than March 17, 2011. (ECF No. 22.) The March 1, 2011 Order
notified the parties that the failure to timely file a dispositional
document could lead to dismissal of the action. Id.

1

1    Since no dispositional document has been filed, and the
2  parties have not provided any reason for the continued pendency of this
3  action, this action is dismissed without prejudice.

4    IT IS SO ORDERED.

5  Dated:  July 22, 2011

7  _____
   GARLAND E. BURRELL, JR.
8  United States District Judge